UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

|                                   | Case No.           |
|-----------------------------------|--------------------|
| Plaintiff,                        | 11-cv-6701 (KBF)   |
| -against-                         | 11-cv-6704 (KBF)   |
| Defendant.                        |                    |

--------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☐     I have cases pending                    ☐     I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,

☐     An attorney

☐     A Government Agency attorney

☐     A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:     FIRM NAME:_____
              FIRM ADDRESS:_____
              FIRM TELEPHONE NUMBER:_____
              FIRM FAX NUMBER:_____

NEW FIRM:     FIRM NAME:_____
              FIRM ADDRESS:_____
              FIRM TELEPHONE NUMBER:_____
              FIRM FAX NUMBER:_____

☐     I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐     I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
      was entered on _____ by Judge_____.

Dated:                        _____
                              ATTORNEY'S SIGNATURE