```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,         :
                                      :      11 Civ. 6696 (KBF)
                      Plaintiff,      :      11 Civ. 6701 (KBF)
                                      :      11 Civ. 6704 (KBF)
            -v-                       :
                                      :              ORDER
MORGAN STANLEY, et al.,               :
                                      :
                      Defendants.     :
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,         :
                                      :
                      Plaintiff,      :      11 Civ. 6697 (KBF)
                                      :      11 Civ. 6699 (KBF)
            -v-                       :      11 Civ. 6702 (KBF)
                                      :
CME GROUP INC., et al.                :              ORDER
                                      :
                      Defendants.     :
------------------------------------- X
REALTIME DATA, LLC d/b/a IXO,         :
                                      :
                      Plaintiff,      :      11 Civ. 6698 (KBF)
                                      :      11 Civ. 6700 (KBF)
                                      :      11 Civ. 6703 (KBF)
            -v-                       :
                                      :              ORDER
THOMSON REUTERS, et al.               :
                                      :
                      Defendants.     :
------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 03 2012

KATHERINE B. FORREST, District Judge:

Having reviewed the _in camera_ submission of the unredacted portions of the Caskey Memorandum, the Court agrees those portions clearly and unambiguously demonstrated that they are based on legal advice.  Accordingly, it is hereby

ORDERED that the motion to compel production of the unredacted portions of the Caskey Memorandum is DENIED.

SO ORDERED:

Dated:   New York, New York
         August 3, 2012

                                        _____
                                        KATHERINE B. FORREST
                                        United States District Judge