# Exhibit A

# Filed Under Seal

# Excerpts